

**Naomi Jane Gray**
Shades of Gray Law Group, P.C.

(415) 746-9260
ngray@shadesofgray.law

August 14, 2025

**BY ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

    Re: <u>Andy Ryan Photographer, LLC v. Timm, et al.</u>, No. 1:25-cv-05853-PMH

Your Honor:

  Pursuant to Local Civil Rule 7.1(d) and paragraph 1.B-C of the Individual Practices in Civil Cases, Defendant Brenda Timm ("Timm") respectfully submits this letter motion on consent to extend her time to move, answer, or otherwise respond to the Complaint in the above-referenced action for an additional 49 days, from August 15, 2025 to October 3, 2025, which will align her response deadline with that of Coldwell Banker Real Estate LLC. Undersigned counsel was just retained and is investigating the matter to assess whether it can be resolved without further litigation. Timm has made no previous requests to extend this deadline and Plaintiff consents to this request.

          Respectfully submitted,

          <u>/s/ Naomi Jane Gray</u>
          Naomi Jane Gray
          Counsel for Brenda Timm

100 Shoreline Highway Suite 100B
Mill Valley, CA 94941

www.shadesofgray.law
Twitter: @shadesofgraylaw