

September 29, 2025

**BY ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

        Re:    *Andy Ryan Photographer, LLC v. Timm, et al.*, No. 1:25-cv-05853-PMH

Your Honor:

      Pursuant to Local Civil Rule 7.1(d) and paragraph 1.B-C of the Court's Individual Practices in Civil Cases, Defendants Coldwell Banker Real Estate Services LLC, dba Coldwell Banker Realty, and Brenda Timm respectfully submit this letter motion on consent to extend their time to move, answer, or otherwise respond to the Complaint in the above-referenced action for an additional 28 days, from October 3, 2025 to October 31, 2025. The parties are actively engaged in settlement negotiations, and the extension will facilitate these discussions and accommodate the international travel schedules of counsel. Defendants made one previous request to extend this deadline to October 3. Plaintiff consents to this request.

                                    Respectfully submitted,

                                      */Naomi Jane Gray/*
                                    Naomi Jane Gray
                                    Counsel for Defendants
                                    Coldwell Banker Real Estate Services LLC and
                                    Brenda Timm