UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ANDY RYAN PHOTOGRAPHER, LLC, a
New York limited liability company,

                         Plaintiff,                    ORDER

v.

                                                   25-CV- 05853-PMH

BRENDA TIMM, an individual; COLDWELL
BANKER REAL ESTATE SERVICES LLC;
and DOES 1-10,

                        Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
           November 3, 2025

                                                                     _____
                                                                     Philip M. Halpern
                                                                     United States District Judge